UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC HAFNER, | |
| Plaintiff, | |
| -against- | 24-CV-0183 |
| NEW YORK GOVERNOR KATHY HOCHUL, ET AL., | CIVIL JUDGMENT |
| Defendants. | |

For the reasons stated in the March 1, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 1, 2024
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge